# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JOHNATHAN GERALDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-00794-CV-RK |
| | ) |
| ACTING COMMISSIONER, SOCIAL | ) |
| SECURITY ADMINISTRATION; | ) |
| | ) |
| Defendant. | ) |

## ORDER DENYING MOTION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 23.) On March 12, 2020, the Court reversed and remanded the case back to the Administrative Law Judge ("ALJ"). (Doc. 21.) However, Defendant then filed a motion to alter the judgment. (Doc. 25.) On May 13, 2020, the Court granted that motion, and affirmed the decision of the ALJ. (Doc. 29.) Because Plaintiff is no longer the prevailing party as required by the EAJA, Plaintiff is not entitled to attorney's fees. Therefore, Plaintiff's motion for attorney's fees is **DENIED**.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 19, 2020